UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
2010 JUL 21 PM 1: 49
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

Twilight Teeth, Inc.,
a Florida corporation,

        Plaintiff,

v.                                 Case No. 6:10-CV-1087-ORL-18-GJK

ANT G Enterprises, Inc.,
a Florida corporation,

        Defendant.
_____/

## COMPLAINT AND DEMAND FOR
## JURY TRIAL, INJUNCTIVE RELIEF SOUGHT

Plaintiff, Twilight Teeth, Inc., sues Defendant, ANT G Enterprises, Inc, and its complaint states as follows:

### NATURE OF ACTION

1. This is an action for patent infringement under the United States Patent Law, 35 U.S.C. § 271 *et. seq.*

### PARTIES

2. Plaintiff, Twilight Teeth, Inc., is a Florida corporation with its principal place of business in Longwood, Florida. Plaintiff is engaged in the business of manufacturing and selling UV teeth whitening systems that whiten the teeth of customers while they utilize indoor/outdoor tanning facilities.

3. Defendant, ANT G Enterprises, Inc., is a Florida corporation with its principal place of business in Oldsmar, Florida. Defendant is engaged in the same type of business as, and is a competitor of, Plaintiff.

## JURISDICTION AND VENUE

4. This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338 in that this Complaint states an action based upon a federal question relating to patents.

5. As a Florida corporation that has engaged in business in, or has an office in, the State of Florida; is engaged in substantial and not isolated activity within the State of Florida; and/or has committed acts of infringement in the State of Florida, Defendant is subject to jurisdiction in Florida.

6. Venue is proper in this district and in this division under 28 U.S.C. §§ 1391 and 1400.

## CLAIM FOR PATENT INFRINGEMENT

7. Plaintiff is engaged in the business of manufacturing and selling UV teeth whitening systems for use by customers while they utilize indoor/outdoor tanning facilities.

8. On September 23, 2003, a patent application was filed with the U.S. Patent and Trademark Office to protect Mr. Jerald L. Baughman's invention entitled "Mouthpiece Devices and Methods to Allow UV Whitening of Teeth," which application was assigned Serial No. 10/668,726. The ownership rights to the invention disclosed and claimed in the application were assigned to Twilight Teeth, Inc.

9. On January 9, 2007, United States Patent No. 7,160,111 B2 (the "'111 Patent") was duly, validly, and legally issued to Twilight Teeth, Inc., which remains the owner of all right, title, and interest in and to the '111 Patent. A true and correct copy of the '111 Patent is attached hereto as Exhibit 1.

10. The '111 Patent claims priority to United States Provisional Application No. 60/413,049 which was filed on September 24, 2002.

11. On November 21, 2006, a patent application was filed with the U.S. Patent and Trademark Office to protect Mr. Jerald L. Baughman's invention also entitled "Mouthpiece Device and Methods to Allow UV Whitening of Teeth" which application was assigned Serial No. 11/603,301. The ownership rights to the invention disclosed and claimed in the application were assigned to Twilight Teeth, Inc.

12. On November 24, 2009, United States Patent No. 7,621,746 B2 (the "'746 Patent") was duly, validly, and legally issued to Twilight Teeth, Inc., which remains the owner of all right, title, and interest in and to the '746 Patent. A true and correct copy of the '746 Patent is attached hereto as Exhibit 2.

13. The '746 Patent is a divisional of the '111 patent.

14. Defendant has been, and is now, infringing one or more claims of the '111 Patent in violation of 35 U.S.C. § 271(a) by:

>  a) making, importing, using, offering to sell, and/or selling in this judicial district, and elsewhere in the United States, products which embody the invention claimed by the '111 Patent; and/or
>
>  b) actively inducing others to infringe the '111 Patent; and/or
>
>  c) contributing to the infringement of the '111 Patent.

15. Defendant's actions with respect to the '111 Patent are without authority or license from Plaintiff.

16. Defendant has been, and will continue making, importing, using, offering to sell, and/or selling products that infringe the '111 Patent without a license from Plaintiff.

17. Defendant has been, and is now, infringing one or more claims of the '746 Patent in violation of 35 U.S.C. § 271(a) by:

> a) making, importing, using, offering to sell, and/or selling in this judicial district, and elsewhere in the United States, products which embody the invention claimed by the '746 Patent; and/or
>
> b) actively inducing others to infringe the '746 Patent; and/or
>
> c) contributing to the infringement of the '746 Patent.

18. Defendant's actions with respect to the '746 Patent are without authority or license from Plaintiff.

19. Defendant has been, and will continue making, importing, using, offering to sell, and/or selling products that infringe the '746 Patent without a license from Plaintiff.

20. Defendant's conduct as described in this complaint has been, and will continue to be, willful.

21. As a direct and proximate result of Defendant's infringement, Plaintiff has been damaged and will continue to be damaged in an amount to be determined at trial.

22. As a direct and proximate result of Defendant's infringement of the '111 Patent and of the '746 Patent, Plaintiff has suffered and continues to suffer irreparable harm and impairment of the value of its patent rights, is threatened with continuing loss of sales to its existing and potential customers, is losing and will continue to lose the goodwill of its customers, and is suffering a violation of its patent rights all of which will continue unless Defendant is preliminarily and permanently enjoined by this Court from infringing the '111 and '746 Patents under 35 U.S.C. § 283. Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff demands judgment:

a) Finding that Defendant has been and is infringing, contributing to the infringement of, and or actively inducing infringement of U.S. Patent No. 7,160,111 B2;

b) Finding that Defendant has been and is infringing, contributing to the infringement of, and or actively inducing infringement of U.S. Patent No. 7,621,746 B2;

c) Entering preliminary and permanent injunctions against Defendant and its parents, subsidiaries, divisions, directors, officers, employees, agents, representatives, distributors, dealers, successors, and assigns, and all others acting in concert or participation with them, from making, importing, using, offering to sell, and/or selling the invention of U.S. Patent No. 7,160,111 B2, practicing the invention of U.S. Patent No. 7,160,111 B2, and/or securing or supplying items used to infringe U.S. Patent No. 7,160,111 B2;

d) Entering preliminary and permanent injunctions against Defendant and its parents, subsidiaries, divisions, directors, officers, employees, agents, representatives, distributors, dealers, successors, and assigns, and all others acting in concert or participation with them, from making, importing, using, offering to sell, and/or selling the invention of U.S. Patent No. 7,621,746 B2, practicing the invention of U.S. Patent No. 7,621,746 B2, and/or securing or supplying items used to infringe U.S. Patent No. 7,621,746 B2;

e) Finding Defendant's infringement to be willful;

f) Ordering an accounting of and awarding Plaintiff such damages, profits, royalties, attorneys' fees, costs, prejudgment interest, and enhanced damages as may be shown in the evidence;

g) Finding this to be an exceptional case under 35 U.S.C. § 283 and awarding Plaintiff its reasonable attorneys' fees under 35 U.S.C. § 285; and

h) Awarding Plaintiff such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Respectfully submitted,

Date: July 21, 2010

_____
Patrick J. Risch
Florida Bar No. 0165603
HILL WARD & HENDERSON P.A.
101 East Kennedy Blvd., Suite 3700
Tampa, FL 33601-2231
(813) 221-3900
(813) 221-2900 (Fax)
prisch@hwhlaw.com

Jeffrey S. Standley (Ohio Bar No. 0047248)
F. Michael Speed, Jr. (Ohio Bar No. 0067541)
STANDLEY LAW GROUP LLP
6300 Riverside Drive
Dublin, Ohio 43017
Telephone: (614) 792-5555
Facsimile: (614) 792-5536
litigation@standleyllp.com

Counsel for Twilight Teeth, Inc.